J. FRANK WRIGHT, Respondent, *v.* THE CITY OF MOUNT VERNON, Appellant.

Reported below, 44 App. Div. 574.
(Argued February 26, 1900; decided March 6, 1900.)

MOTION to restore an appeal, dismissed for failure to file the return herein, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 2, 1899, reversing a judgment in favor of defend-

ant entered upon the report of a referee, and granting a new trial.

*William J. Marshall* for motion.

*Milo J. White* opposed.

Motion to restore appeal granted, without costs to either party.